1
2
3
4
5
6
7
8
9  **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 | AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, on behalf of themselves and all others similarly situated, | Case No. 3:21-cv-08976
12 | | Honorable Judge William H. Orrick III
13 | Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
14 | v. |
15 | SPOKEO, INC., |
16 | Defendant. | Complaint Filed: November 19, 2021

17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Having read and considered the Joint Stipulation to Extend Defendant's Time to Respond to Complaint, and for good cause appearing, it is HEREBY ORDERED as follows:

1. The time for Defendant Spokeo, Inc. to respond to the Complaint in the above-captioned action shall be extended to and including January 28, 2022.

**IT IS SO ORDERED.**

Dated: December 16, 2021

_____
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE