1

2

3

4

5

6

7

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11  AVIVA KELLMAN, JASON FRY, and          Case No. 3:21-cv-08976
    NICHOLAS NEWELL, on behalf of
12  themselves and all others similarly situated,   Honorable Judge William H. Orrick III

13          Plaintiffs,                    **ORDER GRANTING STIPULATION TO
                                           FURTHER EXTEND DEFENDANT'S**
14      v.                                 **TIME TO RESPOND TO COMPLAINT**

15  SPOKEO, INC.,                          Complaint Filed: November 19, 2021

16          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

Having read and considered the Joint Stipulation to Further Extend Defendant's Time to

3

Respond to Complaint, and for good cause appearing, it is HEREBY ORDERED as follows:

4

    1.    The time for Defendant Spokeo, Inc. to respond to the Complaint in the above-

5

captioned action shall be extended to and including February 11, 2022.

6

**IT IS SO ORDERED.**

7

8

Dated: January 13, 2022

9

HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT'S TIME
TO RESPOND TO COMPLAINT; CASE NO. 3:21-cv-08976