1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7    AVIVA KELLMAN, et al.,                Case No. 3:21-cv-08976-WHO
8              Plaintiffs,
9         v.                              **ORER GRANTING STIPULATION
                                          ON TIME TO ANSWER COMPLAINT
10   SPOKEO, INC.,                        AND EXCHANGE INITIAL
                                          DISCLOSURES**
11             Defendant.
                                          Re: Dkt. No. 42
12
13       The parties' stipulation (Dkt. No. 42) is GRANTED.  Defendant shall file its answer and
14   the parties shall exchange initial disclosures under Rule 26(a) on or before May 19, 2022.  In the
15   future, the parties are reminded to submit proposed orders in Microsoft Word by email (in addition
16   to PDFs on the docket) as required by the Local Rules.
17       **IT IS SO ORDERED.**
18   Dated: April 29, 2022
19
20
21   
     William H. Orrick
     United States District Judge
22
23
24
25
26
27
28

United States District Court
Northern District of California