1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  Marie N. Appel (SBN 187483)
   mappel@forthepeople.com
3  MORGAN & MORGAN
4  COMPLEX LITIGATION GROUP
   711 Van Ness Avenue, Suite 500
5  San Francisco, CA 94102
   Telephone: (415) 358-6913
6  Facsimile: (415) 358-6293

7  [Additional Counsel Appear on Signature Page]

8  *Attorneys for Plaintiffs and the Proposed Class*

9  John Nadolenco (SBN 181128)
   jnadolenco@mayerbrown.com
10 Daniel D. Queen (SBN 292275)
   dqueen@mayerbrown.com
11 Jennifer M. Chang (SBN 315711)
12 jchang@mayerbrown.com
   MAYER BROWN LLP
13 350 South Grand Avenue, 25th Floor
14 Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
15 Facsimile: (213) 625-0248

16 *Attorneys for Defendant*

17
18                    **THE UNITED STATES DISTRICT COURT**
19                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON DEFENDANT SPOKEO, INC.'S MOTION TO CERTIFY**<br><br>Judge William H. Orrick III<br><br>Complaint Filed: November 19, 2021 |

**[PROPOSED] ORDER**

Having read and considered the Joint Stipulation to Set Briefing Schedule on Defendant Spokeo's Motion to Certify Interlocutory Appeal, and for good cause appearing, it is HEREBY ORDERED as follows:

1. Plaintiffs' opposition will be due on June 16, 2022.
2. Spokeo's reply will be due on June 30, 2022.

**IT IS SO ORDERED.**

May 25, 2022
Dated

Hon. William H. Orrick III
United States District Judge