1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  Marie N. Appel (SBN 187483)
   mappel@forthepeople.com
3  MORGAN & MORGAN
   COMPLEX LITIGATION GROUP
4  711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102
5  Telephone: (415) 358-6913
   Facsimile: (415) 358-6293
6
   [Additional counsel on signature page]
7
   *Attorneys for Plaintiffs and the Proposed Class*
8
   MAYER BROWN LLP
9  JOHN NADOLENCO (SBN 181128)
   *jnadolenco@mayerbrown.com*
10 DANIEL D. QUEEN (SBN 292275)
   *dqueen@mayerbrown.com*
11 JENNIFER M. CHANG (SBN 315711)
   *jchang@mayerbrown.com*
12 350 SOUTH GRAND AVENUE, 25TH FLOOR
   LOS ANGELES, CA 90071-1503
13 TELEPHONE:  (213) 229-9500
   FACSIMILE:  (213) 625-0248
14
15 *Attorneys for Defendant*

16              **IN THE UNITED STATES DISTRICT COURT**

17             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18  AVIVA KELLMAN, JASON FRY, and          Case No. 3:21-cv-08976
    NICHOLAS NEWELL, on behalf of
19  themselves and all others similarly situated,    Honorable Judge William H. Orrick III

20              Plaintiffs,              **JOINT AMENDED CASE
                                         MANAGEMENT STATEMENT**
21          v.
                                         Complaint Filed: November 19, 2021
22  SPOKEO, INC.,

23              Defendant.

24          The parties to the above-entitled action jointly submit this JOINT AMENDED CASE

25  MANAGEMENT STATEMENT pursuant to Doc. Nos. 35 and 66. As noted in the parties' Joint

26  Case Management Statement filed on September 6, 2022 (Doc. No. 66), the parties have continued

27  to negotiate regarding a proposed case management schedule consistent with the April 5, 2023

28

hearing date for Plaintiffs' motion for class certification set by the Court (Doc. No. 35). The parties have since reached agreement and propose the following schedule below:

- Deadline for the parties to substantially complete productions of documents and information in response to outstanding requests served on or before November 15, 2022, and complete depositions of named Plaintiffs and one (1) combined Rule 30(b)(6) and 30(b)(1) deposition of Defendant: December 15, 2022.

- Plaintiffs' class certification motion and affirmative expert declarations (if any) due: January 11, 2023.

- Defendant's opposition to class certification motion and opposing expert declarations (if any) due: February 22, 2023.

- Plaintiffs' class certification motion reply and rebuttal expert declarations (if any) due: March 22, 2023.

- Status conference to be set 30 days after an order on Plaintiffs' class certification motion to discuss and set deadlines for: (1) remaining fact and expert discovery, and (2) a briefing schedule and hearing date(s) for dispositive motions.

- Trial ready date: 90 days after an order on any dispositive motions.


Dated: September 12, 2022              By: */s/ Jennifer M. Chang*
                                                      Jennifer M. Chang

                                          MAYER BROWN LLP
                                          JOHN NADOLENCO (SBN 181128)
                                          *jnadolenco@mayerbrown.com*
                                          DANIEL D. QUEEN (SBN 292275)
                                          *dqueen@mayerbrown.com*
                                          JENNIFER M. CHANG (SBN 315711)
                                          *jchang@mayerbrown.com*
                                          350 SOUTH GRAND AVENUE, 25TH FLOOR
                                          LOS ANGELES, CA 90071-1503
                                          TELEPHONE:  (213) 229-9500
                                          FACSIMILE:  (213) 625-0248

                                          Attorneys for Defendant Spokeo, Inc.

JOINT AMENDED CASE MANAGEMENT STATEMENT
CASE NO. 3:21-cv-08976

1    Dated: September 12, 2022                    By: */s/ Brittany Resch*
                                                      Brittany Resch
2
                                                 Michael F. Ram (SBN 104805)
3                                                mram@forthepeople.com
                                                 Marie N. Appel (SBN 187483)
4                                                mappel@forthepeople.com
                                                 MORGAN & MORGAN
5                                                COMPLEX LITIGATION GROUP
                                                 711 Van Ness Avenue, Suite 500
6                                                San Francisco, CA 94102

7                                                Benjamin R. Osborn (to be admitted *Pro Hac Vice*)
                                                 102 Bergen St.
8                                                Brooklyn, NY 11201
                                                 Telephone: (347) 645-0464
9                                                ben@benosbornlaw.com
                                                 Telephone: (415) 358-6913
10                                               Facsimile: (415) 358-6293

11                                               Sam Strauss (*Pro Hac Vice*)
                                                 sam@turkestrauss.com
12                                               Raina Borrelli (*Pro Hac Vice*)
                                                 raina@turkestrauss.com
13                                               Brittany Resch
                                                 brittanyr@turkestrauss.com
14                                               TURKE & STRAUSS LLP
                                                 613 Williamson St., Suite 201
15                                               Madison, Wisconsin 53703-3515
                                                 Telephone: (608) 237-1775
16                                               Facsimile: (509) 4423

17                                               Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

JOINT AMENDED CASE MANAGEMENT STATEMENT
CASE NO. 3:21-cv-08976

1  **<u>ATTESTATION</u>**

2  Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Jennifer M. Chang, attest that

3  concurrence in the filing of this document has been obtained by all of its signatories.

4

5  By:*/s/ Jennifer M. Chang*
   Jennifer M. Chang