1 | Sam Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
2 | Raina Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
3 | TURKE & STRAUSS LLP
4 | 613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
5 | Telephone: (608) 237-1775
Facsimile: (509) 4423
6
7 | [Additional counsel on signature page]

8 | *Attorneys for Plaintiffs and the Proposed Class*

9
10 | MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
11 | *jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
12 | *dqueen@mayerbrown.com*
JENNIFER M. CHANG (SBN 315711)
13 | *jchang@mayerbrown.com*
333 South Grand Avenue 47th Floor
14 | Los Angeles, CA 90071
Telephone:  (213) 229-9500
15 | Facsimile:  (213) 625-0248
16
*Attorneys for Defendant Spokeo, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976<br><br>Honorable Judge William H. Orrick III<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE FOR CLASS CERTIFICATION**<br><br>Complaint Filed: November 19, 2021 |

1  Pursuant to Local Rule 6-2(a), Plaintiffs Aviva Kellman, Jason Fry, and Nicholas Newell
2  (collectively, "Plaintiffs") and Defendant Spokeo, Inc. ("Spokeo"), by and through their respective
3  counsel of record, hereby stipulate as follows:

4  WHEREAS, Plaintiffs' class certification motion currently is due on January 11, 2023
5  (Dkt. Nos. 68, 69);

6  WHEREAS, on December 23, 2022, Plaintiffs moved for a 30-day extension of their time
7  to file their motion for class certification (Dkt. No. 73), and Spokeo intends to oppose that motion;

8  WHEREAS, under Local Rule 6-3, Spokeo's response is due 4 days after receiving the
9  motion, which would be December 27, 2022;

10 WHEREAS, as described in the accompanying Declaration of Daniel Queen, Spokeo
11 requested and the parties conferred and agreed on a proposed schedule for briefing of that motion
12 in light of the impending holidays where Spokeo's response will be due on or before January 3,
13 2023;

14 WHEREAS, the proposed extension will not prejudice any party or affect any court-
15 imposed deadlines;

16 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the
17 approval of the Court, that Spokeo's response to Plaintiffs' motion to extend time to file for class
18 certification (Dkt. No. 73) will be due on or before January 3, 2023.

19 **IT IS SO STIPULATED.**

20 Dated: December 23, 2022          By: */s/ Brittany Resch*

21                                   Sam Strauss (*Pro Hac Vice*)
                                     sam@turkestrauss.com
22                                   Raina Borrelli (*Pro Hac Vice*)
                                     raina@turkestrauss.com
23                                   Brittany Resch (*Pro Hac Vice*)
                                     brittanyr@turkestrauss.com
24                                   TURKE & STRAUSS LLP
                                     613 Williamson St., Suite 201
25                                   Madison, Wisconsin 53703-3515
26                                   Telephone: (608) 237-1775
                                     Facsimile: (509) 4423
27
28                                   Michael F. Ram (SBN 104805)

|   |   |
|---|---|
|   | mram@forthepeople.com |
|   | Marie N. Appel (SBN 187483) |
|   | mappel@forthepeople.com |
|   | MORGAN & MORGAN |
|   | COMPLEX LITIGATION GROUP |
|   | 711 Van Ness Avenue, Suite 500 |
|   | San Francisco, CA 94102 |
|   | Telephone: (415) 358-6913 |
|   | Facsimile: (415) 358-6293 |
|   |   |
|   | Benjamin R. Osborn (to be admitted *Pro Hac Vice*) |
|   | 102 Bergen St. |
|   | Brooklyn, NY 11201 |
|   | Telephone: (347) 645-0464 |
|   | Email: ben@benosbornlaw.com |
|   |   |
|   | *Attorneys for Plaintiffs and the Proposed Class* |
| Dated: December 23, 2022 | By: */s/ Daniel D. Queen* |
|   | MAYER BROWN LLP |
|   | JOHN NADOLENCO (SBN 181128) |
|   | *jnadolenco@mayerbrown.com* |
|   | DANIEL D. QUEEN (SBN 292275) |
|   | *dqueen@mayerbrown.com* |
|   | JENNIFER M. CHANG (SBN 315711) |
|   | *jchang@mayerbrown.com* |
|   | 333 South Grand Avenue 47th Floor |
|   | Los Angeles, CA 90071 |
|   | Telephone:  (213) 229-9500 |
|   | Facsimile:  (213) 625-0248 |
|   |   |
|   | *Attorneys for Defendant Spokeo, Inc.* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in the filing of this document.

By:*/s/ Daniel D. Queen*
Daniel D. Queen

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 27, 2022

Hon. Judge William H. Orrick III