UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPOKEO, INC.,<br><br>    Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**ORDER EXTENDING BRIEFING SCHEDULE FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 73 |

Plaintiffs filed an administrative motion to extend the deadline to file their class certification briefing from January 11, 2023, to February 10, 2023. ("Mot.") [Dkt. No. 73]. Defendant Spokeo, Inc., opposed the motion. ("Oppo.") [Dkt. No. 77].

Spokeo argues that the plaintiffs do not meet their burden to identify a prejudice or harm that would be caused by a failure to extend the deadlines. *See id.* But the plaintiffs represent that they expect to receive additional discovery, specifically responses to interrogatories, on January 20, which is after the current deadline for their motion. *See* Mot. 3:10-11. Plaintiffs say they need these responses to file their class certification motion. *See id.* 3:17-19; 4:9-13. That is sufficient to show good cause and prejudice under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 6-3(a)(3). The plaintiffs' motion is GRANTED.

All deadlines related to class certification are extended. *See* Dkt. No. 66 (joint case management statement outlining briefing schedule). The plaintiffs' motion for class certification is due February 10, 2023. The defendant's opposition is due March 24, 2023. The plaintiffs' reply is due April 21, 2023. The hearing on the motion is moved to May 10, 2023.

**IT IS SO ORDERED.**

Dated: January 4, 2023

William H. Orrick
United States District Judge