Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
Daniel D. Queen (SBN 292275)
dqueen@mayerbrown.com
Jennifer M. Chang (SBN 315711)
jchang@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**JOINT STIPULATION TO SET REVISED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge William H. Orrick III<br><br>Complaint Filed: November 19, 2021 |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs Aviva Kellman, Jason Fry, and Nicholas Newell (collectively, "Plaintiffs") and Defendant Spokeo, Inc. ("Spokeo"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs' motion for class certification is presently due on March 31, 2023, Spokeo's opposition is due on May 31 2023, Plaintiffs' reply is due on June 30, 2023, and the hearing on the motion is set for July 19, 2023 (Dkt. No. 82);

WHEREAS, between December 20, 2022, and March 13, 2023, Plaintiffs served additional discovery on Spokeo that Plaintiffs contend is necessary before they may file their class certification motion, and it may be necessary for Spokeo to supplement its response(s) to certain of Plaintiffs' discovery;

WHEREAS, the parties agreed to extend Spokeo's deadline to respond to Interrogatory Numbers 24-26 to March 27, 2023;

WHEREAS, Plaintiffs will not serve any additional discovery before moving for class certification;

WHEREAS, the parties are continuing their efforts to resolve various other issues concerning outstanding discovery without the need for Court intervention, and it will be in the interests of judicial economy for the parties to resolve these issues before their respective class certification papers are due;

WHEREAS, in light of these issues, the parties have conferred and agreed to the following revised briefing schedule on Plaintiffs' motion for class certification:

1. Plaintiffs' motion will be due on May 3, 2023,
2. Spokeo's opposition will be due on July 19, 2023,
3. Plaintiffs' reply will be due on August 18, 2023, and
4. the Court may schedule a hearing on this Motion at its convenience;

WHEREAS, the proposed extension will not prejudice any party and will only impact the dates currently set for briefing and hearing the motion for class certification (Dkt. No. 82);

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Plaintiffs' motion for class certification will be due on May 3, 2023, Spokeo's opposition will be due on July 19, 2023, and Plaintiffs' reply will be due on August 18, 2023. Plaintiffs will not serve any new discovery before filing their motion for class certification.

**IT IS SO STIPULATED.**

/s/ Raina C. Borrelli
Raina C. Borrelli, *Admitted Pro Hac Vice*
Email: raina@turkestrauss.com
Samuel J. Strauss, *Admitted Pro Hac Vice*
Email: sam@turkestrauss.com
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram, SBN 104805
Email: mram@forthepeople.com
Marie N. Appel, SBN 187483
Email: mappel@forthepeople.com
MORGAN & MORGAN
  COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (to be admitted
*Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs*

/s/ Daniel D. Queen
John Nadolenco (SBN 181128)
*jnadolenco@mayerbrown.com*
Daniel D. Queen (SBN 292275)
*dqueen@mayerbrown.com*
Jennifer M. Chang (SBN 315711)
*jchang@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, Ca 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant Spokeo, Inc.*

GRANTED
Judge William H. Orrick
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA