Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed in Signature*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**DECLARATION OF BENJAMIN R. OSBORN**<br><br>Complaint Filed: Nov. 19, 2021<br><br>Judge William H. Orrick III |

I, Benjamin Osborn, hereby declare as follows:

1. I am an attorney representing Plaintiffs in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of "Spokeo, Inc.'s Responses and Objections to Plaintiffs' Interrogatories (Set Two)," portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

1
DECLARATION OF BENJAMIN R. OSBORN (Case No. 3:21-cv-08976-WHO)

3. Attached as **Exhibit 2** is a true and correct copy of "Spokeo, Inc.'s Corrected Response and Objections to Plaintiffs' Interrogatory No. 15," portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

4. Attached as **Exhibit 3** is a true and correct copy of a Spokeo internal document entitled ███████████████████████████ Kellman_00006048-60, which is marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

5. Attached as **Exhibit 4** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Michael Daly in this matter, portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

6. Attached as **Exhibit 5** is a true and correct copy of "Spokeo, Inc.'s Amended and Supplemental Responses and Objections to Plaintiffs' Interrogatories (Set One)," portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

7. Attached as **Exhibit 6** is a true and correct copy of "Spokeo, Inc.'s Corrected Response and Objections to Plaintiffs' Interrogatory No. 23," portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

8. Attached as **Exhibit 7** is a true and correct copy of a Spokeo internal message chain entitled ██████████████ Kellman_00000346-47, which is marked CONFIDENTIAL.

9. Attached as **Exhibit 8** is a true and correct copy of a Spokeo document ███ ████████████████████████████████████ Kellman_00000157, which is marked CONFIDENTIAL. █████████████████████████ ████

10. Attached as **Exhibit 9** is a true and correct copy of the landing page at www.spokeo.com, which was captured on May 2, 2023.

11. Attached as **Exhibit 10** is a true and correct copy of "Spokeo, Inc.'s Third Amended and Supplemental Responses and Objections to Plaintiffs' Requests for Production (Set One)."

12. Attached as **Exhibit 11** is a true and correct copy of "Spokeo, Inc.'s Corrected Response and Objections to Plaintiffs' Interrogatory No. 23," portions of which are marked CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

13. ███████████████████████████████████████████████████████████ Kellman_00011909. ████ is marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY. ███████████████████████████████████████████████████████.

14. I graduated from Harvard Law School in 2010.

15. After graduating law school, I was counsel in *In re: Google Buzz Privacy Litig.*, No. 10-cv-00672-JW (N.D. Cal.). I drafted the complaint. Plaintiffs alleged that by automatically signing up all Gmail users to its newly created social network without their consent, Google violated Gmail users' privacy and incurred statutory damages under the federal Stored Communications Act. Plaintiffs secured a settlement of $8.5 million for the class.

16. From 2011 to 2016, I was a litigation associate at Cravath, Swaine & Moore LLP in New York. Cravath uses a rotational system that provides its associates exposure to a wide variety of case types. I represented clients in litigations of many types, including antitrust, patent, trademark, and contract law.

17. From 2017 to 2020 I was an investment associate at Bridgewater Associates, a hedge fund in Westport, Connecticut.

18. In 2020 I founded the Law Office of Benjamin R. Osborn. I am the sole member of my firm. For the past two years my practice has been dedicated to the defense of individuals' rights against companies that misappropriate names and likenesses without consent to advertise commercial products and services.

19. I am counsel in a number of active cases asserting claims under state right of publicity statutes against websites that use individuals' personal information without permission to advertise subscriptions. Through my work in these cases, I have briefed and/or argued over a

dozen motions to dismiss or strike, all but one of which resulted in favorable rulings for my clients. I have also briefed and argued several Circuit Court appeals, one of which resulted in a favorable ruling for my clients, two of which were dismissed, and the remainder of which are pending.

20. The relevant cases in which I am counsel include: *Batis v. Dun & Bradstreet*, 3:22-cv-01924-MMC (N.D. Cal.); *Bonilla v. Ancestry*, 20-cv-7390 (N.D. Cal.); *Boshears v. PeopleConnect*, 21-cv-01222-MJP (W.D. Wash); *Callahan v. Ancestry*, 20-cv-087437 (N.D. Cal.); *DeBose v. Dun & Bradstreet*, 22-cv-00209 (D. N.J.); *Fry v. Ancestry*, 22-cv-00104 (N.D. Ind.); *Gbeintor v. InsideView*, 21-cv-09470 (N.D. Cal.); *Izzo v. PeopleConnect*, 22-cv-00016 (W.D. Wash); *Kellman v. Spokeo*, 21-cv-08976 (N.D. Cal.); *Mackey v. PeopleConnect*, 21-cv-08976 (N.D. Cal.); *Martinez v. ZoomInfo*, 21-cv-05725 (W.D. Wash); *Spinder v. Seamless.ai*, 22-cv-00787 (N.D. Cal.); *Sessa v. Ancestry*, 20-cv-02292 (D. Nev.); *Uharriet v. MyLife*, 21-cv-08229 (N.D. Cal.); *Wilson v. Ancestry*, 22-cv-00861 (S.D. Oh.); and *Kis v. Cognism, Inc.*, 22-cv-5322 (N.D. Cal.).

21. Through my work on these cases, I have become well versed on legal issues relevant to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of May, 2023.

*/s/ Benjamin R. Osborn*
Benjamin R. Osborn