1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  Marie N. Appel (SBN 187483)
   mappel@forthepeople.com
3  MORGAN & MORGAN
   COMPLEX LITIGATION GROUP
4  711 Van Ness Avenue, Suite 500
5  San Francisco, CA 94102
   Telephone: (415) 358-6913
6  Telephone: (415) 358-6293

7
   *Attorneys for Plaintiffs and the Proposed Class*
8  *Additional Counsel Listed in Signature*

9
                    **THE UNITED STATES DISTRICT COURT**
10
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
                      **SAN FRANCISCO DIVISION**
12

13 | AVIVA KELLMAN, JASON FRY, and | Case No. 3:21-cv-08976-WHO |
   | NICHOLAS NEWELL, individually and on | |
14 | behalf of all others similarly situated, | **DECLARATION OF RAINA C.** |
   | | **BORRELLI IN SUPPORT OF** |
15 | Plaintiffs, | **PLAINTIFFS' MOTION FOR CLASS** |
   | | **CERTIFICATION** |
16 | vs. | |
   | | Complaint Filed: Nov. 19, 2021 |
17 | SPOKEO, INC., | |
   | | Judge William H. Orrick III |
18 | Defendant. | |

19

20

21 I, Raina C. Borrelli, declare:

22     1.     I am a partner of Turke & Strauss LLP, one of the counsel of record for Plaintiffs,

23 where I manage the firm's class action litigation practice.  I have personal knowledge of the facts

24 set forth in this declaration and could testify competently to them if called upon to do so.

25     2.     I am admitted to practice before this Court *pro hac vice*.  I submit this declaration

26 in support of Plaintiffs' motion for class certification and appointment of class counsel.

27

                                          1

3.      Turke & Strauss is a law firm based in Madison, Wisconsin that focuses on complex civil and commercial litigation. My practice focuses on complex class action litigation, including data breach, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country.

4.      Turke & Strauss has extensive experience in the prosecution of class actions on behalf of consumers and has been appointed as class counsel in numerous matters., including the following: *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *McLaughlin v. Flagstar*, 22-cv-11470 (E.D. Mich.); *Webb v. Injured Worker's Pharmacy*, 22-cv-10797 (D. Mass.); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Henson v. SuperCare, Inc.*, 22-cv-2820 (C.D. Cal.); *Goetz v. Benefit Recovery Specialists, Inc.*, Case No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.) (data breach settlement on behalf of 500,000 breach victims); *Kunkelman v. Curators of the University of Missouri, d/b/a MU Health Care*, Case No. 21BA-CV00182 (Mo. Cir. Ct., Boone Cty.); *Baldwin v. Nat'l Western Life Ins. Co.*, 21-cv-04066-WJE (W.D. Mo.) (settlement on behalf of 800,000 data breach victims); *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.) (TCPA class settlement of $14,000,000).

5.      Turke & Strauss's experience in these cases has provided it with expertise in the legal, factual, management, settlement, notice, and administration issues that characterize class actions like these related to consumer privacy.

6.      Attached hereto as **Exhibit A** is a copy of the Turke & Strauss LLP Firm Resume.

7.      In this case, Turke & Strauss has vigorously protected the interests of the members of the proposed class alongside our co-counsel.

8.      Turke & Strauss has taken the lead on discovery from Defendant and has assisted in drafting and/or revising a number of pleadings and motions filed in this case.  Turke & Strauss intends to maintain an active role in the litigation of this matter.

DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION (Case No. 3:21-cv-08976-WHO)

1  I declare under penalty of perjury under the laws of the United States of America that

2  the foregoing information is true and correct, based on my knowledge, information, and belief.

3

4  Executed on May 3, 2023                    /s/ Raina C. Borrelli
                                              Raina C. Borrelli

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION (Case No. 3:21-cv-08976-WHO)

# **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 3rd day of May, 2023.

TURKE & STRAUSS LLP

By:  */s/ Raina C. Borrelli*
　　　Raina C. Borrelli (*pro hac vice*)
　　　raina@turkestrauss.com
　　　TURKE & STRAUSS LLP
　　　613 Williamson St., Suite 201
　　　Madison, WI 53703
　　　Telephone: (608) 237-1775
　　　Facsimile: (608) 509-4423

DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. 3:21-cv-08976-WHO)