THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AVIVA KELLMAN et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

SPOKEO, INC.,

    Defendant.

Case No.: 3:21-cv-08976-WHO

## DECLARATION OF AVIVA KELLMAN

I, Aviva Kellman, hereby declare as follows:

1. I am a plaintiff in the above-captioned action. I am currently a resident of California.

2. On November 21, 2022, I sat for a deposition in this matter. If called upon again to testify, I could and would testify to all facts relevant to this action within my personal knowledge.

3. Spokeo never requested my consent to use my name or personal information for any purpose, including to advertise subscriptions. I never provided any consent to Spokeo.

4. I am not a paying subscriber of Spokeo.com, nor do I have a registered account on Spokeo.com. I have never agreed to a Terms of Service from Spokeo.com. To the best of my knowledge and recollection, I have never visited www.spokeo.com.

5. I am a proposed Class representative in this lawsuit. As a Class representative, I understand I represent a Class of other persons whose names, personal information, and personas Spokeo also used to advertise subscriptions without their consent. I understand that I must consider

the interests of other Class members in pursuing my claims.

6. As part of my duties as a Class representative, I reviewed the Complaints and various discovery responses to ensure the accuracy of the facts as they relate to me. I collected and produced documents. I sat for a deposition. I understand that I may need to further assist in preparing discovery requests and producing documents and materials. I understand I may be called to testify in this case at trial. I am willing and able to fulfill my duties as Class representative.

7. If this case were not certified as a Class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit to pursue my claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  2  day of May, 2023.

_____
Aviva Kellman

Doc ID: 4f83723f693e898461b1cd6e1475115d4fc4163c

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 3rd day of May, 2023.

        TURKE & STRAUSS LLP

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli (*pro hac vice*)
    raina@turkestrauss.com
    TURKE & STRAUSS LLP
    613 Williamson St., Suite 201
    Madison, WI 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423