Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, and NICHOLAS NEWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**STIPULATED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO SET REVISED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge William H. Orrick III<br>Complaint Filed:  Nov. 19, 2021 |

Having considered The Parties' Stipulation for Leave to File a First Amended Complaint and to Set Revised Briefing Schedule on Plaintiff's Motion for Class Certification (Doc. 90), and other papers on file, including the proposed First Amended Complaint (Doc. 90-1), and good cause having been shown, the Court **ORDERS** as follows:

Plaintiffs' request for leave to file a First Amended Complaint is **GRANTED**, and Plaintiffs shall file their First Amended Complaint within three days of this Order.

1  The briefing schedule on Plaintiffs' motion for class certification (Doc. 92) is modified as
2  follows: Defendant's opposition to Plaintiffs' motion for class certification shall be due on
3  September 19, 2023, and Plaintiffs' reply shall be due on October 18, 2023. The hearing shall be
4  on November 15, 2023 at 2:00 p.m.

7  **IT IS SO ORDERED.**

9  **May 9, 2023**

10  Date                                                                 Judge William H. Orrick III

## CERTIFICATE OF SERVICE

I, Raina Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of May, 2023.

                              TURKE & STRAUSS LLP

                              By: */s/ Raina Borrelli*
                                    Raina Borrelli (*pro hac vice*)
                                    Email: raina@turkestrauss.com
                                    TURKE & STRAUSS LLP
                                    613 Williamson St., Suite 201
                                    Madison, WI 53703
                                    Telephone: (608) 237-1775
                                    Facsimile: (608) 509-4423