Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

SAM STRAUSS (*Pro Hac Vice*)
sam@turkestrauss.com
RAINA BORRELLI (*Pro Hac Vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (509) 4423

*Attorneys for Plaintiffs and the Proposed Class*

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
JENNIFER M. CHANG (SBN 315711)
*jchang@mayerbrown.com*
MAX W. HIRSCH (SBN 301872)
*mhirsch@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHENS, BENNY GALLEGOS, and SHELLY BOEDEKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976<br><br>Honorable Judge William H. Orrick III<br><br>**STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE AND ARBITRATE PLAINTIFFS BENNY GALLEGOS' AND SHELLY BOEDEKER'S CLAIMS**<br><br>Complaint Filed: November 19, 2021<br><br>First Amended Complaint Filed: May 12, 2023 |

Pursuant to Local Rule 7-12, Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan Gledhill Stephens, Benny Gallegos, and Shelly Boedeker (collectively, "Plaintiffs") and Defendant Spokeo, Inc. ("Spokeo" and, together with Plaintiffs, the "Parties") by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on November 19, 2021;

WHEREAS, on May 12, 2023, Plaintiffs filed their First Amended Complaint, which among other things added Plaintiffs Benny Gallegos and Shelly Boedeker to this action;

WHEREAS, based on its records, Spokeo contended that Plaintiffs Gallegos and Boedeker, or agents acting on their behalf, had each previously purchased a Spokeo subscription;

WHEREAS, Spokeo contends that purchasers of a Spokeo subscription must agree to Spokeo's terms of use (the "Agreement"), which includes an arbitration clause;

WHEREAS, the Parties conducted further discovery to determine whether Plaintiffs Gallegos and Boedeker were parties to or otherwise bound by the Agreement;

WHEREAS, while reserving all rights, the Parties have now agreed to arbitrate Plaintiffs Gallegos and Boedeker's claims on an individual basis in accordance with the arbitration clause in the Agreement;

WHEREAS, the Parties agree that the statute of limitations on the claims Plaintiffs Gallegos and Boedeker have asserted in this litigation will be tolled during the pendency of this litigation; and

WHEREAS, notwithstanding the above, the Parties agree that Spokeo does not waive, but instead preserves, its right to assert a statute of limitations defense against Plaintiffs Gallegos' and Boedeker's claims to the extent the statute of limitations had already expired by the time this litigation was filed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Plaintiffs Gallegos and Boedeker must arbitrate on an individual basis pursuant to the Agreement any claims they asserted in this action.

2. The claims of Plaintiffs Gallegos and Boedeker are hereby voluntarily dismissed without prejudice.

3. The statute of limitations on the claims Gallegos and Boedeker have asserted in this litigation will be tolled during the pendency of this litigation.

4. Notwithstanding the above, Spokeo does not waive, but instead preserves, its right to assert a statute of limitations defense against Plaintiffs Gallegos and Boedeker's claims to the extent the statute of limitations had already expired by the time this litigation was filed.

**IT IS SO STIPULATED.**

Dated: August 31, 2023

MAYER BROWN LLP
JOHN NADOLENCO
DANIEL D. QUEEN
JENNIFER M. CHANG

By: */s/ Jennifer M. Chang*
    Jennifer M. Chang

Attorneys for Defendant Spokeo, Inc.

Dated: August 31, 2023

TURKE & STRAUSS LLP
RAINA BORRELLI
SAMUEL J. STRAUSS

By: */s/ Samuel J. Strauss*
    Samuel J. Strauss

Attorneys for Plaintiffs

3
STIPULATION TO VOLUNTARILY DISMISS AND ARBITRATE PLAINTIFFS BENNY GALLEGOS' AND SHELLY BOEDEKER'S CLAIMS; CASE NO. 3:21-cv-08976

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Jennifer M. Chang, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: */s/ Jennifer M. Chang*
Jennifer M. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 31, 2023

Judge William H. Orrick