THE HONORABLE WILLIAM H. ORRICK III

**UNITED STATES DISTRICT COURT**

**FOR THE NOTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIVA KELLMAN et al., on behalf of themselves and all others similarly situated. <br><br> Plaintiffs, <br><br> v. <br><br> SPOKEO, INC., <br><br> Defendant. | Civil Action No. 3:21-CV-08976-WHO <br><br> **SUPPLEMENTAL DECLARATION OF MICHAEL NAAMAN, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1. Summary...................................................................................................................1

# 1. Summary

1. Counsel has informed me that the Indiana class had been dropped from the case and a viewed-prior-to-purchase class for Ohio has been added. The Ohio viewed-prior-to-purchase class is defined as all Ohio residents who are not registered users of Spokeo.com and whose teaser profile was viewed by a user immediately prior to purchasing a Spokeo.com subscription on or after November 18, 2017.[1]
2. These changes have no effect on the methodology I used to estimate class sizes, but I have updated the relevant exhibits in Appendix C, using the same methodology as in my original report. I estimated the Ohio viewed-prior-to-purchase class size to be 17,955 people. Damages can then be estimated by multiplying the Ohio class size by $2,500, which is the statutory penalty under Ohio law.

# 2. Appendix C

Confidential - Preliminary Draft and Subjected to Revision

**Exhibit 2**



---

[1] Second Amended Class Action Complaint for Violation of California, Ohio, and Indiana Right of Publicity Statuses, filed on September 8, 2023.

1

Confidential - Preliminary Draft and Subjected to Revisions

**Exhibit 3**

[redacted]

Confidential - Preliminary Draft and Subjected to Revisions

**Exhibit 4**

[redacted]

Michael Naaman

*[signature: Michael Naaman]*

Austin, TX

9/14/2023

# APPENDIX D

## MATERIALS RELIED UPON

### Civil Codes

Cal. Civ. Code § 3344 (1995)

IN Code § 32-36-1-10 (2017)

Ohio Rev. Code § 2741.07 (1999)

### Discovery Responses

SPOKEO, INC.'S CORRECTED RESPONSE AND OBJECTIONS TO PLAINTIFFS' INTERROGATORY NO. 15 by Aviva Kellman, Jason Fry, and Nicholas Newell.

SPOKEO, INC.'S CORRECTED RESPONSE AND OBJECTIONS TO PLAINTIFFS' INTERROGATORY NO. 23 by Aviva Kellman, Jason Fry, and Nicholas Newell.

PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SPOKEO, INC by Aviva Kellman, Jason Fry, and Nicholas Newell.

SPOKEO, INC.'S THIRD AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR PRODUCTION (SET ONE).

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF CALIFORNIA, OHIO, AND INDIANA RIGHT OF PUBLICITY STATUSES, filed on September 8, 2023.

### Deposition Transcripts

Deposition of Michael Daly on December 15, 2022

### Bates Documents

Kellman_00000103

Kellman_00000213

Kellman_00000220

Kellman_00000383

Kellman_00000394

Kellman_00006062

Kellman_00011909

Kellman_00011910

### Public Materials

"Privacy Policy" Spokeo.com, available at https://www.spokeo.com/privacy-policy

# APPENDIX D

"Total Consumer History" Infutor.com, available at https://infutor.com/on-premise-identities/total-consumer-history/

**Internal Files**

MuskCount.txt

*All materials cited in this expert report and corresponding exhibits.*