1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  MORGAN & MORGAN
3  COMPLEX LITIGATION GROUP
   711 Van Ness Avenue, Suite 500
4  San Francisco, CA 94102
   Telephone: (415) 358-6913
5  Facsimile: (415) 358-6293
6  [Additional Counsel Appear on Signature Page]

7  *Attorneys for Plaintiffs and the Proposed Class*

8  John Nadolenco (SBN 181128)
   jnadolenco@mayerbrown.com
9  Daniel D. Queen (SBN 292275)
10 dqueen@mayerbrown.com
   Jennifer M. Chang (SBN 315711)
11 jchang@mayerbrown.com
   MAYER BROWN LLP
12 333 South Grand Avenue, 47th Floor
   Los Angeles, CA 90071-1503
13 Telephone: (213) 229-9500
14 Facsimile: (213) 625-0248

15 *Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHHENS, and WILLIAM WILLIAMS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' CLAIMS UNDER INDIANA LAW AND REVISED MEDIATION DATE**<br><br>Judge William H. Orrick III<br><br>Complaint Filed: November 19, 2021<br>First Amended Complaint Filed: May 12, 2023<br>Second Amended Complaint Filed: Sep. 8, 2023 |

Pursuant to Local Rule 7-12, Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan Gledhill Stephens, and William Williams, (collectively, "Plaintiffs") and Defendant Spokeo, Inc., ("Spokeo" and, together with Plaintiffs, the "Parties") by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed their original Complaint on November 19, 2021;

WHEREAS, in May 2023, Plaintiffs filed their First Amended Complaint (ECF No. 112) and Motion for Class Certification (ECF No. 92) that, among other things, added Shelly Boedeker as a plaintiff and sought to certify a "Nationwide Viewed-Prior-to-Purchase in Indiana Class" represented by Boedeker that brought claims under Indiana law;

WHEREAS, by stipulation filed and entered by the Court on August 31, 2023, the Parties agreed to arbitrate the claims brought by Boedeker (and another plaintiff, Benny Gallegos) on an individual basis, and accordingly, Plaintiffs voluntarily dismissed those Plaintiffs' claims (ECF Nos. 120, 121);

WHEREAS, on September 8, 2023, Plaintiffs filed a Second Amended Complaint ("SAC") (ECF No. 123) that continued to include a "Nationwide Viewed-Prior-to-Purchase in Indiana" class with Boedeker as its putative class representative (*id.* ¶ 71) and Indiana claims brought by Boedeker on behalf of a "Nationwide Viewed in Indiana Class" (*id.* ¶¶ 193-204);

WHEREAS, on September 15, 2023, Plaintiffs filed a supplement to their Motion for Class Certification clarifying that because they had dismissed Boedeker's claims, "Plaintiffs are no longer seeking to certify an Indiana Viewed-Prior-to-Purchase Class" (ECF No. 127 at 3);

WHEREAS, in anticipation of additional class certification briefing, the parties wish to clarify that, at this time, having dismissed former Plaintiff Boedeker from this action, Plaintiffs also are no longer bringing claims for violation of Indiana Code § 32-36-1 and Indiana Tort of Misappropriation of a Name or Likeness;

WHEREAS, in addition, the Parties wish to update the Court on their planned mediation date, which was postponed from the date reflected in the Parties' Status Report dated September 27, 2022 (ECF No. 71).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs currently are not bringing any claims in this action under Indiana law, including Indiana Code § 32-36-1 and the Indiana Tort of Appropriation of a Name or Likeness, as alleged in Paragraphs 193-204 of the SAC, and Plaintiffs' pending class certification motion does not seek to certify any classes that pursue such claims.

2. The Parties currently plan to mediate before Judge Jay Gandhi (Ret.) on January 11, 2024.

**IT IS SO STIPULATED.**

Dated: October 31, 2023

MAYER BROWN LLP
JOHN NADOLENCO
DANIEL D. QUEEN
JENNIFER M. CHANG

By: _/s/ Jennifer M. Chang_____
    Jennifer M. Chang

Attorneys for Defendant Spokeo, Inc.

Dated: October __, 2023

TURKE & STRAUSS LLP
RAINA BORRELLI
SAMUEL J. STRAUSS

By:_: _/s/ Raina Borelli_____
     Raina Borrelli

Attorneys for Plaintiffs

## ATTESTATION

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Jennifer M. Chang, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: /s/ Jennifer M. Chang
Jennifer M. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 1, 2023



Judge William H. Orrick