| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293 |
| 8<br>9<br>10<br>11<br>12 | SAM STRAUSS (*Pro Hac Vice*)<br>sam@turkestrauss.com<br>RAINA BORRELLI (*Pro Hac Vice*)<br>raina@turkestrauss.com<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, Wisconsin 53703-3515<br>Telephone: (608) 237-1775<br>Facsimile: (509) 4423 |
| 13 | *Attorneys for Plaintiffs and the Proposed Class* |

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
JENNIFER M. CHANG (SBN 315711)
*jchang@mayerbrown.com*
MAX W. HIRSCH (SBN 301872)
*mhirsch@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHENS, BENNY GALLEGOS, and SHELLY BOEDEKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976<br><br>Honorable Judge William H. Orrick III<br><br>**JOINT STIPULATION TO FURTHER EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE AND EXTEND PAGE LIMIT FOR SPOKEO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: November 19, 2021<br><br>First Amended Complaint Filed: May 12, 2023<br><br>Second Amended Complaint Filed: September 8, 2023 |

STIPULATION TO FURTHER EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE AND EXTEND PAGE LIMIT FOR SPOKEO'S OPPOSITION; CASE NO. 3:21-cv-08976

1    Pursuant to Local Rule 7-12, Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan
2    Gledhill Stephens, and William Williams (collectively, "Plaintiffs") and Defendant Spokeo, Inc.
3    ("Spokeo," and, collectively with Plaintiffs, the "Parties"), by and through their respective counsel
4    of record, hereby stipulate as follows:
5    WHEREAS, Plaintiffs filed their Complaint on November 19, 2021;
6    WHEREAS, Plaintiffs filed their Motion for Class Certification on May 3, 2023;
7    WHEREAS, Plaintiffs filed their First Amended Complaint on May 12, 2023;
8    WHEREAS, on September 8, 2023, Plaintiffs filed a Second Amended Complaint ("SAC")
9    (ECF No. 123) that, among other things, added William Williams as a Plaintiff representing the
10   putative "Nationwide Viewed-Prior-to-Purchase Class," "Ohio Viewed-Prior-to-Purchase Class,"
11   "Nationwide Published Teaser Profile Class," and "Ohio Published Teaser Profile Class" (*id.*
12   ¶ 171);
13   WHEREAS, on September 11, 2023, Spokeo propounded discovery requests to Plaintiff
14   Williams;
15   WHEREAS, on September 15, 2023, in light of the newly entered SAC, Plaintiffs filed a
16   supplement to their Motion for Class Certification addressing, among other things, Plaintiff
17   Williams's claims and the "Ohio Viewed-Prior-to-Purchase Class" for which he is the sole putative
18   class representative;
19   WHEREAS, on October 10, 2023, Plaintiffs served responses to Spokeo's discovery
20   requests to Plaintiff Williams (the "Discovery Responses") that reflected the information of, and
21   were verified by, an individual named William Williams IV ("Mr. Williams IV");
22   WHEREAS, on October 24, 2023, Spokeo noticed the deposition of Plaintiff Williams for
23   November 9, 2023;
24   WHEREAS, on November 9, 2023, counsel for Plaintiffs produced Mr. Williams IV in
25   response to Spokeo's notice of deposition for Plaintiff Williams, and accordingly, Spokeo deposed
26   Mr. Williams IV on that date;
27   WHEREAS, on November 20, 2023, Plaintiffs' counsel represented to Spokeo's counsel
28   that they inadvertently produced the wrong William Williams in response to Spokeo's notice of

deposition for Plaintiff Williams, and that the Discovery Responses reflected the information of, and were verified by, the wrong William Williams;

WHEREAS, Plaintiffs' counsel also represent an individual named William Williams V ("Mr. Williams V") in this action;

WHEREAS, Plaintiffs' counsel have represented to Spokeo that Mr. Williams V is the "Plaintiff William Williams" described in the SAC at Paragraphs 139 to 154;

WHEREAS, Spokeo's Opposition to Plaintiffs' Motion for Class Certification ("Opposition") is currently due on December 1, 2023, and Plaintiffs' Reply in Support of the Motion for Class Certification is currently due on December 22, 2023 (*see* ECF No. 124);

WHEREAS, to allow Spokeo adequate time to take written discovery and a deposition of Mr. Williams V before filing its Opposition, the Parties agree to extend the briefing schedule for class certification; and

WHEREAS, Spokeo requests and Plaintiffs do not oppose an extension of the page limit of Spokeo's Opposition by 5 pages to allow Spokeo to adequately address the issues relevant to the Court's consideration of Plaintiffs' Motion for Class Certification;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Spokeo shall file its Opposition to Plaintiffs' Motion for Class Certification, and any expert declarations in support of the Opposition, on or before January 26, 2024.

2. Pursuant to Spokeo's request and Plaintiffs' non-opposition, the page limit for Spokeo's Opposition shall be extended by 5 pages to 30 pages.

3. Plaintiffs shall file their Reply in Support of the Motion for Class Certification on or before February 16, 2024.

4. The hearing date on Plaintiffs' Motion for Class Certification shall be extended to a date to be set by the Court.

5. The Parties shall, if needed, adjust their mediation date to accommodate the briefing schedule above.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 21, 2023 | MAYER BROWN LLP |
| 2 | | JOHN NADOLENCO |
| | | DANIEL D. QUEEN |
| 3 | | JENNIFER M. CHANG |

By: */s/ Jennifer M. Chang*
      Jennifer M. Chang

Attorneys for Defendant Spokeo, Inc.

Dated: November 21, 2023      TURKE & STRAUSS LLP
      RAINA BORRELLI
      SAMUEL J. STRAUSS

By: */s/ Raina Borrelli*
      Raina Borrelli

Attorneys for Plaintiffs

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Jennifer M. Chang, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: */s/ Jennifer M. Chang*
Jennifer M. Chang

**PURSUANT TO STIPULATION**

1. Spokeo shall file its Opposition to Plaintiffs' Motion for Class Certification, and any expert declarations in support of the Opposition, on or before January 26, 2024.

2. Pursuant to Spokeo's request and Plaintiffs' non-opposition, the page limit for Spokeo's Opposition shall be extended by 5 pages to 30 pages.

3. Plaintiffs shall file their Reply in Support of the Motion for Class Certification on or before February 16, 2024.

4. The hearing date on Plaintiffs' Motion for Class Certification shall be March 13, 2024.

5. The Parties shall, if needed, adjust their mediation date to accommodate the briefing schedule above.

**IT IS SO ORDERED.**

Dated: November 28, 2023

UNITED STATES DISTRICT JUDGE