1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  MORGAN & MORGAN
   COMPLEX LITIGATION GROUP
3  711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102
4  Telephone: (415) 358-6913
5  Facsimile: (415) 358-6293
   [Additional Counsel Appear on Signature Page]
6
7  *Attorneys for Plaintiffs and the Proposed Class*

8  John Nadolenco (SBN 181128)
   jnadolenco@mayerbrown.com
9  Daniel D. Queen (SBN 292275)
   dqueen@mayerbrown.com
10 Jennifer M. Chang (SBN 315711)
   jchang@mayerbrown.com
11 MAYER BROWN LLP
12 350 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071-1503
13 Telephone: (213) 229-9500
   Facsimile: (213) 625-0248
14
15 *Attorneys for Defendant*

16              THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHHENS, and WILLIAM WILLIAMS on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPOKEO, INC., <br><br> Defendant. | Case No. 3:21-cv-08976-WHO <br><br> **JOINT STIPULATION TO SET BRIEFING SCHEDULE ON THE PARTIES' MOTIONS TO EXCLUDE EXPERT DECLARATIONS AND TESTIMONY** <br><br> Complaint Filed: November 19, 2021 <br><br> Amended Complaint filed: May 12, 2023 <br><br> Second Amended Complaint filed: Sep. 8, 2023 |

1  Pursuant to Local Rule 6-2(a), Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell,
2  Susan Gledhill Stephens, and William Williams (collectively, "Plaintiffs") and Defendant
3  Spokeo, Inc. ("Spokeo"), by and through their respective counsel of record, hereby stipulate as
4  follows:
5  WHEREAS, Plaintiffs filed their class certification motion on May 5, 2023 (Dkt. 92),
6  along with two expert declarations from Dr. Michael Naaman (Dkt. 97) and Mr. Steven Weisbrot
7  (Dkt. 96);
8  WHEREAS, on September 15, 2023, Plaintiffs filed a supplement to their class
9  certification motion (Dkt. 127), together with a supplemental declaration from Dr. Naaman (Dkt.
10  127-1);
11  WHEREAS, on January 26, 2024, Spokeo filed its opposition to Plaintiffs' motion for
12  class certification (Dkt. 134) and two motions to exclude Dr. Naaman (Dkt. 135) and Mr.
13  Weisbrot (Dkt. 136);
14  WHEREAS, on January 26, 2024, Spokeo also filed an expert declaration from Mr. David
15  Alfaro (Dkt. 139);
16  WHEREAS, Plaintiffs' reply in support of their motion for class certification is due
17  February 16, 2024;
18  WHEREAS, under Local Rule 7-3, Plaintiffs' responses to the motions to exclude would
19  be due February 9, 2024, and Spokeo's replies would be due on February 16, 2024;
20  WHEREAS, as described in the accompanying Declaration of Brittany Resch, Plaintiffs
21  requested, and the parties conferred and agreed on, a proposed schedule for briefing of the
22  currently pending, and possibly forthcoming, motions to exclude expert testimony;
23  WHEREAS, the proposed extension will not prejudice any party and will only move the
24  hearing on Plaintiffs' motion for class certification by seven weeks (one additional week due to
25  the Court's availability);
26
27

1  WHEREAS, the parties had previously scheduled a mediation in this action;

2  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the

3  approval of the Court, that (1) Plaintiffs' oppositions to Defendant's motions to exclude will be

4  due on February 16, 2024, and Defendant's replies, if any, will be due on March 1, 2024; (2)

5  Plaintiffs' motion to exclude Defendant's expert, if any, will be due on February 23, 2024,

6  Defendant's opposition will be due on March 15, 2024, and Plaintiffs' reply with be due on March

7  29, 2024; (3) the hearing on Plaintiffs' motion for class certification will be May 1, 2024 at 2:00

8  p.m. or at the Court's earliest convenience thereafter; and (4) the Parties will ensure mediation

9  occurs before the hearing on Plaintiffs' motion for class certification.

10  **IT IS SO STIPULATED.**

Dated: February 2, 2024

/s/ Brittany Resch
Brittany Resch (*pro hac vice*)
Email: brittanyr@turkestrauss.com
Raina C. Borrelli (*pro hac vice*)
Email: raina@turkestrauss.com
Samuel J. Strauss (*pro hac vice*)
Email: sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram, SBN 104805
Email: mram@forthepeople.com
Marie N. Appel, SBN 187483
Email: mappel@forthepeople.com
MORGAN & MORGAN
  COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Dated: February 2, 2024

/s/ Daniel D. Queen
John Nadolenco (SBN 181128)
*jnadolenco@mayerbrown.com*
Daniel D. Queen (SBN 292275)
*dqueen@mayerbrown.com*
Jennifer M. Chang (SBN 315711)
*jchang@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, Ca 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant Spokeo, Inc.*

JOINT STIPULATION TO SET BRIEFING SCHEDULE ON THE PARTIES' MOTIONS TO EXCLUDE
EXPERT DECLARATIONS AND TESTIMONY (Case No. 3:21-cv-08976-WHO) – 2

Benjamin R. Osborn (*pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in the filing of this document.

By: */s/ Brittany Resch*
Brittany Resch

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Judge William H. Orrick III

Michael F. Ram (SBN 104805)
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHHENS, and WILLIAM WILLIAMS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**DECLARATION OF BRITTANY RESCH IN SUPPORT OF JOINT STIPULATION**<br><br>Complaint Filed: November 19, 2021<br><br>Amended Complaint filed: May 12, 2023<br><br>Second Amended Complaint filed: Sep. 8, 2023 |

I, Brittany Resch, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Turke & Strauss LLP, attorneys of record for Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan Gledhill Stephens, and William Williams. I submit this declaration in support of the parties' Joint Stipulation to Set Briefing Schedule on the Parties' Motions to Exclude Expert Declarations and Testimony (the "Joint Stipulation"), and in accordance with Local Rule 6-2(a).

2. On January 26, 2024, Defendant Spokeo, Inc. filed Motions to Exclude Declarations and Testimony of Dr. Naaman and Mr. Weisbrot. Dkts. 135, 136. On that same day,

Defendant also filed its own expert declaration of Mr. Alfaro. Dkt. 139. Under Local Rule 7-3, Plaintiffs' opposition to the motions to exclude their experts are due on February 9, 2024, and Defendant's reply would be due on February 16, 2024. Because no briefing schedule is currently set for these motions (apart from the local rules) that is consistent with the class certification briefing schedule, at Plaintiffs' request and to give all parties and counsel sufficient time to prepare motions, oppositions, and replies, along with counsel's other personal and professional circumstances, Defendant has agreed to an extension of Plaintiffs' deadline to oppose the currently pending motions to exclude and to set a briefing schedule on any forthcoming motion to exclude to possibly be filed by Plaintiffs.

3. This is the tenth stipulated request for an extension of time (Dkt. Nos. 15, 21, 42, 52, 81, 83, 84, 125, 133); there was also one motion for an extension of time (Dkt. No. 73). All of these requests have been granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of February, 2024, in Minneapolis, Minnesota.

By: */s/ Brittany Resch*
Brittany Resch