|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 29 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| AVIVA KELLMAN; et al., | No. 24-3705 |
| Plaintiffs - Respondents, | D.C. No. 3:21-cv-08976-WHO<br>Northern District of California, San Francisco |
| v. | |
| SPOKEO, INC., | ORDER |
| Defendant - Petitioner. | |

Before: SCHROEDER and HURWITZ, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 10) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

Respondents filed a notice of intent to file publicly portions of the answer (Docket Entry No. 7). Petitioner did not file a motion to file or maintain this document under seal. Therefore, the Clerk will unseal the notice (Docket Entry No. 7.1) and file publicly the answer (Docket Entry No. 9).