MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
JENNIFER M. CHANG (SBN 315711)
*jchang@mayerbrown.com*
MAX W. HIRSCH (SBN 301872)
*mhirsch@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN GLEDHILL STEPHENS, and WILLIAM WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 3:21-cv-08976<br><br>Honorable Judge William H. Orrick III<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATION TO EXTEND STAY**<br><br>Complaint Filed: November 19, 2021<br><br>Amended Complaint filed: May 12, 2023<br><br>Second Amended Complaint filed: Sep. 8, 2023<br><br>Trial date: TBD |

1     Pursuant to Local Rule 7-12, Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan Gledhill Stephens, and William Williams (collectively, "Plaintiffs") and Defendant Spokeo, Inc. ("Spokeo," and with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 28, 2025, the Court entered an Order (Dkt. No. 283) (the "Order") staying this matter in its entirety until November 24, 2025 and continuing a case management conference to December 2, 2025 at 2:00 p.m.;

WHEREAS, the Order requires the Parties to submit a joint status report on the status of the Parties' settlement negotiations;

WHEREAS, accordingly, the Parties submit this Joint Report and Stipulation as follows;

WHEREAS, since August 2025, the Parties have diligently worked towards finalizing a settlement in this matter;

WHEREAS, Spokeo has provided Plaintiffs its confirmatory discovery materials, and Plaintiffs' review of those materials, in consultation with third-party experts, is nearly complete;

WHEREAS, the Parties have also exchanged multiple drafts of a comprehensive term sheet for the settlement agreement;

WHEREAS, the Parties have reached substantial agreement on the terms of the settlement, but continue to negotiate on a few discrete remaining issues; and

WHEREAS, the Parties believe that they will likely resolve those issues within the next two weeks, and therefore respectfully propose the following schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

1. The Parties shall file a further joint status report on December 12, 2025 updating the Court on whether the Parties have resolved the outstanding issues on their comprehensive term sheet and whether the Parties have proceeded to drafting and finalizing the settlement agreement.

2. In light of the further joint status report above, the case management conference currently scheduled for December 2, 2025 shall be continued to December 16, 2025, or to another date thereafter subject to the Court's availability.

3. The case shall continue to be stayed until January 5, 2026.

4. Assuming that the Parties are able to resolve the outstanding issues and proceed to finalizing the settlement agreement, Plaintiffs shall file their motion for preliminary approval of class settlement by January 23, 2026.

**IT IS SO STIPULATED.**

Dated: November 24, 2025
MAYER BROWN LLP
JOHN NADOLENCO
DANIEL D. QUEEN
JENNIFER M. CHANG

By: */s/ Jennifer M. Chang*
Jennifer M. Chang

Attorneys for Defendant Spokeo, Inc.

Dated: November 24, 2025
STRAUSS BORRELLI PLLC
RAINA BORRELLI
SAMUEL J. STRAUSS
BRITTANY RESCH

By: */s/ Raina Borrelli*
Raina Borrelli

Attorneys for Plaintiffs

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Jennifer M. Chang, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: <u>/s/ Jennifer M. Chang</u>
Jennifer M. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
Judge William H. Orrick