Brittany Resch (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
Samuel J. Strauss (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com
sam@straussborrelli.com

*Attorneys for Plaintiffs and the Classes*
[Additional Counsel Appear on Signature Page]

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
JENNIFER M. CHANG (SBN 315711)
*jchang@mayerbrown.com*
MAX W. HIRSCH (SBN 301872)
*mhirsch@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AVIVA KELLMAN, JASON FRY, NICHOLAS NEWELL, SUSAN STEPHENS, WILLIAM WILLIAMS, WILLIS RIDGEWAY, ANNA BOYD, RYAN GOHEEN, SYDNEY MCCONNELL, ROBERT LINGO, BENJAMIN LITTLE, SHARON GILLIS, BRANT ADAMS, RODNEY CARTER, TERRYL GOLDSBARY, PAUL GAUDE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>SPOKEO, INC.,<br><br>                Defendant. | Case No. 3:21-cv-08976-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**<br><br>**CLASS ACTION** |

Plaintiffs Aviva Kellman, Jason Fry, Nicholas Newell, Susan Stephens, William Williams, Willis Ridgeway, Anna Boyd, Ryan Goheen, Sydney McConnell, Robert Lingo, Benjamin Little, Sharon Gillis, Brant Adams, Rodney Carter, Terryl Goldsbary, and Paul Gaude, ("Plaintiffs") on behalf of themselves and all others similarly situated, and Defendant Spokeo, Inc. ("Spokeo," and together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows pursuant to Rule 7-12:

WHEREAS, the Parties agreed to settle this action and have executed a written settlement agreement (the "Settlement");

WHEREAS, pursuant to the settlement terms, the Parties have agreed to settle additional state classes beyond those proposed in the current Second Amended Complaint on behalf of additional Plaintiffs for additional causes of action;

WHEREAS, the Parties have agreed that Plaintiffs will file a third amended complaint, attached hereto as **Exhibit A** in redline, and **Exhibit B** in final clean form, in this Court encompassing all claims brought on behalf of all classes by all Plaintiffs that are being resolved by the Settlement; and

WHEREAS, the Parties agree that Plaintiffs may file the third amended complaint for purposes of effectuating the Settlement and resolving Plaintiffs' claims against Spokeo, but that Spokeo does not admit or acknowledge liability or wrongdoing and expressly disputes the allegations made by Plaintiffs and their counsel in this action, including but not limited to allegations made in the third amended complaint, and that Spokeo's agreement to Plaintiff's filing of the third amended complaint will not be treated as any form of admission and/or construed against Spokeo in this or any other proceeding;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

Plaintiffs shall file their Third Amended Complaint within 2 business days of entry of this Order.

**IT IS SO STIPULATED.**

Dated: July 14, 2026

Dated: July 14, 2026

/s/ Raina C. Borrelli
Raina C. Borrelli (*pro hac vice*)
Brittany Resch (*pro hac vice*)
Samuel J. Strauss (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
bresch@straussborrelli.com
sam@straussborrelli.com

/s/ Jennifer M. Chang
Jennifer M. Chang
John Nadolenco
Daniel D. Queen
MAYER BROWN LLP
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
jchang@mayerbrown.com
jnadolenco@mayerbrown.com
dqueen@mayerbrown.com
*Attorneys for Defendant Spokeo, Inc.*

Michael F. Ram, SBN 104805
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

Benjamin R. Osborn
(to be admitted *pro hac vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
63 Fiddlers Elbow Rd.
Margaretville, NY 12455
Phone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Classes*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Raina C. Borrelli, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: /s/ Raina C. Borrelli
Raina C. Borrelli

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

Judge William H. Orrick
United States District Judge